**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Dionysia F. Huval PreJean          Bradford Hyde Felder
In Proper Person                   Huval, Veazey, Felder & etc.
5108 Egan Hwy                      P. O. Box 80948
Egan LA 70531                      Lafayette LA 70598-0948


**REHEARING ACTION: April 25, 2012**


**Docket Number: 11   01368-CA**

**DIONYSIA PREJEAN**
**VERSUS**
**ROBERT T. BAROUSSE, ACADIA PARISH CLERK OF COURT**

**Appealed from Acadia Parish Case No. 2011-10722**


**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Oswald A. Decuir**
   **Hon. Marc T. Amy**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dionysia F. Huval PreJean** has this day been

   **DENIED.**


cc: Robert T. Barousse, Acadia Parish Clerk of Ct